UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NATHANIEL AND VERLINE LIGGINS,

        Plaintiffs,

        v.

SAXON MORTGAGE SERVICING; OCWEN LOAN SERVICING, LLC and DOES 1-20,

        Defendants.

NO. 2:12-1206 WBS GGH

<u>ORDER OF RECUSAL</u>

----oo0oo----

        The undersigned hereby recuses himself as the judge to whom this case is assigned.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        Any dates previously set in this case are hereby VACATED.

DATED:  May 16, 2012

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE