1
2
3
4
5                      UNITED STATES DISTRICT COURT

6                      EASTERN DISTRICT OF CALIFORNIA

7
8                           ----oo0oo----

9    NATHANIEL AND VERLINE
     LIGGINS,
10                                    NO. 2:12-1206 WBS GGH
             Plaintiffs,
11                                    ORDER OF RECUSAL
                    v.
12
     SAXON MORTGAGE SERVICING;
13   OCWEN LOAN SERVICING, LLC and
     DOES 1-20,
14
             Defendants.
15
     _____/
16

17                          ----oo0oo----

18          The undersigned hereby recuses himself as the judge to

19   whom this case is assigned.

20          IT IS THEREFORE ORDERED that the Clerk of the Court

21   reassign this case to another judge for all further proceedings,

22   making appropriate adjustments in the assignments of civil cases

23   to compensate for such reassignment.

24          Any dates previously set in this case are hereby

25   VACATED.

26

27   DATED:  May 16, 2012

                            WILLIAM B. SHUBB
28                          UNITED STATES DISTRICT JUDGE

                                  1