IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Liggins, Verline Liggins, | 2:12-cv-1206-GEB-GGH |
| Plaintiffs, | |
| v. | ORDER |
| Saxon Mortgage Servicing, Inc., Ocwen Loan Servicing, LLC, | |
| Defendants. | |

Plaintiffs filed two documents entitled "First Amended Complaint" on June 4, 2012. (ECF Nos. 16-17.) These documents are stricken since they were not filed in compliance with Federal Rule of Civil Procedure 15(a).

Dated: June 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge