IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Liggins, Verline Liggins,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Saxon Mortgage Servicing, Inc., Ocwen Loan Servicing, LLC,<br><br>　　　　Defendants. | 2:12-cv-1206-GEB-GGH<br><br>ORDER |

　　　　Plaintiffs filed two documents entitled "First Amended Complaint" on June 4, 2012. (ECF Nos. 16-17.) These documents are stricken since they were not filed in compliance with Federal Rule of Civil Procedure 15(a).

Dated: June 5, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

1